IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KENNETH CLARK                                                                                PLAINTIFF

VS.                                              NO. 4:24CV422—JM

PRODUCERS RICE MILL, INC.                                                        DEFENDANT

## ORDER

The parties' joint motion to dismiss this action is granted. The complaint is dismissed with prejudice.

IT IS SO ORDERED this 30th day of July, 2025.

_____
James M. Moody
United States District Judge

1